400 P.3d 616

Kevin L. HOUSE, House's Home Investment, LLC, Plaintiffs-Appellees,

v.

Mark A. DIAZ and Wilemina E. Hemmy, Defendants-Appellants

NO. CAAP-16-0000849

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 23, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT HONO-LULU DIVISION (CASE NO. 1RC16-1-000560)

SUMMARY DISPOSITION ORDER

Affirmed.

400 P.3d 616

STATE of Hawai'i, Plaintiff-Appellee,

v.

David T. FLEMING, Defendant-Appellant.

NO. CAAP-14-0000987

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 23, 2017

As Amended September 6, 2017

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CRIMINAL NO. 06-1-0570(1))

MEMORANDUM OPINION

Remand.

400 P.3d 616

STATE of Hawai'i, Plaintiff-Appellee,

v.

Keith T. MATSUMOTO, Defendant-Appellant

NO. CAAP-14-0000933

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 29, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 12-1-0918)

SUMMARY DISPOSITION ORDER

Affirmed.